UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

Keirton USA, Inc.

               **Plaintiff,**

v.

**UNITED STATES,**

              **Defendant.**

**S U M M O N S**

**Court No.** 21-00452

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 3001, Seattle, WA | Center (if known): | |
| Protest Number: | 300221103719 | Date Protest Filed: | June 15, 2021 |
| Importer: | Keirton USA, Inc. | Date Protest Denied: | July 8, 2021 (deemed) |
| Category of Merchandise: | Agricultural equipment parts | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| No. Sq4-03475065 | March 23, 2021 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Bradley P. Thoreson,
bthoreson@buchalter.com

1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

The Subject Merchandise is excluded by CBP as "drug paraphernalia," *see* 21 U.S.C. § 863(d), and CBP has refused to recognize the exemption of 21 U.S.C. § 863(f)(1). Protest deemed denied pursuant to 19 C.F.R. § 174.21(b).

The issue which was common to all such denied protests:

Legal interpretation of the exemption of 21 U.S.C. § 863(f)(1).

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

*/s/ Bradley P. Thoreson*
*Signature of Plaintiff's Attorney*

August 19, 2021
*Date*

# SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)